# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

(Topeka Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                    CASE NO.:  18-40072-HLT

ROBERT CHARLES FRAZIER,

      Defendant.

# INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 2113(a)
(Credit Union Robbery)

That on or about August 20, 2018, in the District of Kansas, the defendant,

ROBERT CHARLES FRAZIER,

by force, violence, and intimidation, did take from the person and presence of another, money and property and a thing of value, namely United States currency, belonging to and in the care, custody, control, management, and possession of Azura Credit Union, located at 1129 South Kansas Avenue, Topeka, Kansas, a credit union, the deposits of which are

1

insured by the National Credit Union Administration Board, in violation of Title 18, United States Code, Section 2113(a).

# A TRUE BILL

August 29, 2018 /s/ Foreperson
Date                                    FOREPERSON OF THE GRAND JURY

JARED S. MAAG, Ks.S.Ct. No. 17222
Assistant United States Attorney
for STEPHEN R. McALLISTER
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 S.E. Quincy, Suite 290
Topeka, Kansas 66683
Ph: 785.295.2850
Fax: 785.295.2853
Email: Stephen.McAllister@usdoj.gov
Ks.S.Ct. No. 15845

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS